UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips, Joy Phillips, David Phillips, Kenneth A. and Judith G. Hale, Roxanna Holliker, Timothy Coley, Leesa Coley,<br><br>                Plaintiffs,<br><br>v.<br><br>Trevor Cook, Gerald Durand, Oxford Global Partners, Oxford Global Advisors, Oxford Private Client Group, UBFX Diversified, UBS Diversified, Universal Brokerage FX, UBS Diversified FX Advisors, LLC, UBS Diversified FX Growth LP, UBS Diversified FX Management, LLC, UBS Diversified Growth, LLC, Universal Brokerage Services, LLC, and UBS REFCO IFX Millennium RJO PRG,<br><br>                Defendants. | Civil File No. 09-cv-01732 (MJD/JJK)<br><br><br><br>**DECLARATION OF<br>JASON BO ALAN BECKMAN<br>IN OPPOSITION TO MOTION FOR<br>TEMPORARY RESTRAINING ORDER<br>AND TEMPORARY INJUNCTION** |

I, Jason Bo Alan Beckman, declare and state as follows:

1.      I am senior portfolio manager at the Oxford Private Client Group, a money management firm located in Minneapolis, Minnesota.  I am the founder of Oxford Private Client Group and have a 100 percent interest in the company.  No other Defendant in the above-referenced matter has any ownership interest in Oxford Private Client Group.

Neither Patrick Kiley nor Tom Richardson are affiliated in any way with Oxford Private Client Group, as alleged in the Complaint.

2. I do not have any information regarding any of the Plaintiffs. I have never done business with or even met any of the Plaintiffs.

3. None of the Plaintiffs have accounts at Oxford Private Client Group.

4. None of the Plaintiffs have deposited funds into Oxford Private Client Group.

5. Plaintiffs do not have any interest in property or funds of Oxford Private Client Group.

6. Any client accounts of Oxford Private Client Group are separate and distinct from all other entities, including Oxford Global Partners and Oxford Global Advisors.

7. I am the registered agent for the Oxford Private Client Group in the state of Minnesota. As of today, July 9, 2009, the Oxford Private Client Group has not been served with either the Verified Complaint or the Ex Parte Temporary Restraining Order. I became aware of the lawsuit when I was contacted by a reporter.

8. On July 9, 2009, the Star Tribune published an article referencing this lawsuit and me and the Oxford Private Client Group. My inclusion in this lawsuit and the relief sought by Plaintiffs has already damaged my business and I am concerned that the damage will accelerate if an injunction is issued. I have worked hard to build a reputation and the inclusion in this lawsuit of the Oxford Private Client Group, which has no business with or knowledge of Plaintiffs, has harmed my reputation and business.

Certainly, an order enjoining my business would have even more serious damaging consequences, and may cause me to lose business not only in the short term, but the long term as well, as relationships which I have fostered over the years are damaged overnight.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9 July, 2009


<u>s/ Jason B. Beckman</u>
Jason Bo Alan Beckman