UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips, Joy Phillips, David Phillips, Kenneth A. and Judith G. Hale, Roxanna Holliker, Timothy Coley, Leesa Coley,<br><br>            Plaintiffs,<br><br>v.<br><br>Trevor Cook, Gerald Durand, Oxford Global Partners, Oxford Global Advisors, Oxford Private Client Group, UBFX Diversified, UBS Diversified, Universal Brokerage FX, UBS Diversified FX Advisors, LLC, UBS Diversified FX Growth LP, UBS Diversified FX Management, LLC, UBS Diversified Growth, LLC, Universal Brokerage Services, LLC, and UBS REFCO IFX Millennium RJO PRG,<br><br>            Defendants. | Civil File No. 09-cv-01732 (MJD/JJK)<br><br>**DECLARATION OF EDWARD B. MAGARIAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

    I, Edward B. Magarian, declare as follows:

    1.    I am a partner in the law firm of Dorsey & Whitney LLP.  This Declaration is based on my personal knowledge and is being submitted in support of Dorsey & Whitney LLP's Motion to Withdraw as Counsel of Record for Oxford Private Client Group.

    2.    Dorsey learned of this lawsuit from a reporter on or about July 8, 2009. Dorsey was not asked to nor agreed to represent Oxford Private Client Group ("PCG") at the July 10 hearing until July 9, 2009, the day before a hearing was scheduled on

-2-

Plaintiffs' Motion for a Preliminary Injunction.  Because of the timing of the hearing, Dorsey agreed to appear on behalf of PCG at the injunction hearing on July 10.

    3.    On July 10, 2009, at the hearing on Plaintiffs' Motion for a Preliminary Injunction, Dorsey made an initial appearance on behalf of PCG.  Dorsey also filed papers on behalf of PCG in opposition to Plaintiffs' motion.

    4.    Since July 10, 2009, however, Dorsey and PCG have been unable to come to an agreement with respect to our representation of PCG going forward.  The decision to withdraw as counsel was reached during a conversation with Jason Bo Alan Beckman, the owner of PCG, this morning, and was confirmed in writing today as well.

    6.    It is my understanding that PCG is in the process of locating counsel.  PCG has been advised that an organizational entity must be represented by counsel in this Court.

Dated:  July 15, 2009                              <u>s/ Edward B. Magarian</u>
                                                      EDWARD B. MAGARIAN