IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips<br>1804 County Road M<br>Swanton, OH  43558<br><br>and<br><br>Joy Phillips<br>1804 County Road M<br>Swanton, OH  43558<br><br>and<br><br>David Phillips<br>960 Seven Ponds Towd Road<br>Southampton, NY  11968<br><br>and<br><br>Kenneth A. and Judith G. Hale<br>600 Enterprise Avenue<br>Wauseon, OH  43567<br><br>and<br><br>Roxanna Holliker<br>600 Enterprise Avenue<br>Wauseon, OH  43567<br><br>and<br><br>Timothy Coley<br>209 Woodland Avenue<br>Swanton, OH  43558<br><br>and | Case No. 09-CV-1732 (MJD/JJK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL<br>AND<br>SUBSITUTION OF COUNSEL** |

Leesa Coley
209 Woodland Avenue
Swanton, OH  43558

       Plaintiffs,

v.

Trevor Cook
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

Gerald Durand
20520 Keokuk Ave., Suite 204
Lakeville, MN  55044

and

Oxford Global Partners
1900 LaSalle Avenue
Minneapolis, MN  55403-3629

and

Oxford Global Advisors
1900 LaSalle Avenue
Minneapolis, MN  55403-3629

and

Oxford Private Client Group
1900 LaSalle Avenue
Minneapolis, MN  55403-3629

and

UBFX Diversified
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

UBS Diversified
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

Universal Brokerage FX
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

UBS Diversified FX Advisors, LLC
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

UBS Diversified FX Growth LP
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

UBS Diversified FX Management, LLC
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

UBS Diversified Growth, LLC
12644 Tiffany Court, Suite 100
Burnsville, MN  55337

and

| | |
|---|---|
| Universal Brokerage Services, LLC<br>12644 Tiffany Court, Suite 100<br>Burnsville, MN  55337<br><br>and<br><br>UBS REFCO IFX Millennium RJO PRG<br>12644 Tiffany Court, Suite 100<br>Burnsville, MN  55337,<br><br>                              Defendants. | |

Pursuant to Rule 83.7 of the Local Rules of United States District Court for the District of Minnesota, the undersigned counsel hereby notify the Court and counsel that Edward B. Magarian and Michelle S. Grant of Dorsey & Whitney LLP, have withdrawn as counsel for Defendant Oxford Private Client Group.  Andrew M. Luger and Kathryn N. Hibbard of Greene Espel, P.L.L.P. will be substituting as counsel for Defendant Oxford Private Client Group in this case.

Dated:  July 20, 2009               GREENE ESPEL, P.L.L.P.


                                    By s/ Kathryn N. Hibbard
                                    Andrew M. Luger, Reg. No. 189261
                                    Kathryn N. Hibbard, Reg. No. 387155
                                    200 S. Sixth Street, Suite 1200
                                    Minneapolis, MN  55402
                                    aluger@greeneespel.com
                                    khibbard@greeneespel.com
                                    (612) 373-0830

                                    Attorneys for Defendant
                                    Oxford Private Client Group

Dated: July 20, 2009               DORSEY & WHITNEY LLP

By <u>s/ Edward B. Magarian</u>
Edward B. Magarian (#208796)
Michelle S. Grant (#311170)
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
Magarian.Edward@dorsey.com
Grant.Michelle@dorsey.com
(612) 340-2600

Attorneys for Defendant
Oxford Private Client Group