IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips, et al., | Case No. 09-CV-1732 (MJD/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| Trevor Cook, et al., | |
| Defendants. | |

Based upon the Stipulation of all Plaintiffs and the Stipulating Defendants [Docket No. 82 ], **IT IS HEREBY ORDERED THAT:**

In light of the foregoing, Plaintiffs are not required to respond to the pending Motions to Dismiss the Amended Complaint [Docket Nos. 68, 74] by the August 27, 2009 deadline, and Plaintiffs' response to such Motions is stayed pending the above-referenced developments.

Dated: August 21, 2009      BY THE COURT:

s/Michael J. Davis
The Honorable Michael J. Davis
Chief Judge, United States District Court

KM: 4836-2660-5828, v. 1