**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

___

Howard and Sharon Phillips, et al.,

       Plaintiff,                     Court File No. 09-CV-1732 (MJD/JJK)

v.                                  **PLACEHOLDER FOR SECOND**
                                       **AMENDED VERIFIED COMPLAINT**
Trevor Cook, et al.,                 **AND EXHIBITS 1A-256**

       Defendant.

___

      This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:
*[List item(s) for which this notice serves as a placeholder in ECF]*
*(e.g.: Exhibit A - Photo of Airplane)*

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

\_\_\_\_\_Voluminous Document* (Document number of order granting leave to file conventionally:

\_\_\_\_\_Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
 x   Item Under Seal pursuant to a court order* (Document number:  94)
\_\_\_\_ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version:    )

\_\_\_Other (description):
* Filing of these items requires Judicial Approval.

E-file this placeholder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

KM: 4836-4221-2612, V. 1