# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Howard and Sharon Phillips, et al., | **PLACEHOLDER FOR AFFIDAVIT OF JASON BO ALAN BECKMAN IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION** |
| Plaintiffs |  |
| v. | Case Number: 09-CV-1732 (MJD/JJK) |
| Trevor Cook, et al., |  |
| Defendants |  |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Affidavit of Jason Bo Alan Beckman in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Temporary Injunction**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X   Item Under Seal pursuant to a court order* (Document number of order: No. 93)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
        (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).