# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Howard and Sharon Phillips et al.

      Plaintiffs,

v.

Trevor Cook et al.

      Defendants.

Case No. 09-CV-1732 (MJD/JJK)

**AFFIDAVIT OF PATRICIA J. LOO**

STATE OF OHIO     )
                  ) ss.
COUNTY OF LUCAS  )

Patricia J. Loo, being duly sworn, states as follows:

1.    I am a paralegal at Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, Ohio 43604-5573. I am not an expert in accounting.

2.    I have personal knowledge of the facts in this affidavit. This affidavit summarizes my involvement in reviewing of documents produced to the plaintiffs, but does not make representations as to the comprehensiveness of the process or the accuracy of the conclusions made. Instead, I show my work product.

3.    I reviewed and analyzed documents that were produced to Plaintiffs by Trevor Cook on July 30, 2009, in connection with a Stipulation and Order granting expedited discovery to Plaintiffs.

4.    Based on the financial information contained in these documents, I entered information into a database that was able to track deposits to and withdrawals from certain accounts belonging to Defendants, including Crown Forex LLC's Associated Bank Account Number ending in "1705," UBS Diversified Growth's Wells Fargo Account Number ending in

"2710," and Universal Brokerage FX Management LLC's Associated Bank Account Number ending in "5601." In the last two years, approximately $190 million has moved through these three accounts.

5.    I then ran filtered reports which sorted entries by payee and originating account. I sent this sorted information to an Excel spreadsheet which totaled the entries. The schedules, designated as Schedules A – K, are attached. Each Schedule contains the original report from the database filtered by payee, and the Excel spreadsheet tallying the accounts. I describe them in the following paragraphs:

A.    Schedule A, which includes transactions since April 2007, indicates accounts in the name of Jason Beckman and his wife received $6,606,108.99 from the Crown Forex LLC's Associated Bank Account No. ******1705 and from UBS Diversified Growth's Wells Fargo Account No. ******2710.

B.    Schedule B, which includes transactions since April 2007, indicates that accounts in the name of Trevor Cook received $3,428,239.90 from UBS Diversified Growth's Wells Fargo Account No. ******2710.

C.    Schedule C, which includes transactions since February 2007, indicates that accounts in the name of Market Shot, LLC received $5,809,000.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710.

D.    Schedule D, which includes transactions since March 2007, indicates that accounts in the name of Chris Pettengill received $4,400,000.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710.

E.    Schedule E, which includes transactions since October 2007, indicates that accounts in the name of Oxford Global Advisors received $4,420,000.00 from UBS Diversified

Growth's Wells Fargo Account No. ******2710, and $58,470.82 from Crown Forex LLC's Associated Bank Account No. ******1705.

  F. Schedule F, which includes transactions since December 2008, indicates that accounts in the name of Oxford Global Partners received $710,000.00 from Crown Forex LLC's Associated Bank Account No. ******1705.

  G. Schedule G, which includes transactions since December 2007, indicates that accounts in the name of various other Oxford companies received the following amounts: Oxford FX Growth received $3,451,000.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710; Oxford Global Investments received $500,000.00 from Crown Forex LLC's Associated Bank Account No. ******1705; Oxford Global FX received $1,350,000.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710, and $1,797,000.00 from Crown Forex LLC's Associated Bank Account No. ******1705; and an unspecified "Oxford" company received $50,000.00 from Crown Forex LLC's Associated Bank Account No. ******1705

  H. Schedule H, which includes transactions since March 5, 2008, indicates that accounts in the name of Crown Forex LLC received $8,799,435.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710.

  I. Schedule I, which includes transactions since July 2008, indicates that accounts in the name of UBS Diversified received $23,612,000.00 from Crown Forex LLC's Associated Bank No. ******1705, and $450,000.00 from Universal Brokerage FX Management LLC's Associated Bank Account No. ******5601.

J.      Schedule J, which includes transactions since April 2007, indicates that accounts in the name of UBS Diversified FX Growth received $1,000,000.00 from UBS Diversified Growth's Wells Fargo Account No. ******2710.

K.      Schedule K indicates that on June 29, 2009, $3,223,600.00 was withdrawn from Crown Forex LLC's Associated Bank Account No. ******1705.

Dated: September 1, 2009

_Patricia J. Loo_
Patricia J. Loo

Subscribed and sworn to before me
on September 1, 2009.

Notary Public

*My notary has no expiration date.*

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 4/10/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $200,000.00 |
| 9/18/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| 11/30/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| 12/19/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| 1/31/2008 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $25,000.00 |
| | | | $285,000.00 |
| 7/16/2008 | Associated Bank NA/Crown Forex LLC | Bear Stearns Ref: Jason Beckman | $500,000.00 |
| 9/15/2008 | Associated Bank NA/Crown Forex LLC | Jason Beckman | $150,000.00 |
| 9/15/2009 | Associated Bank NA/Crown Forex LLC | Jason Beckman | $170,000.00 |
| | | | $820,000.00 |
| 9/23/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| 10/14/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $70,000.00 |
| 10/30/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| 11/3/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $101,867.48 |
| 11/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $119,241.51 |
| 12/1/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| 12/11/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| 12/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| 12/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $20,000.00 |
| 1/16/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| 2/3/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| 2/1/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $2,200,000.00 |
| 3/6/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $500,000.00 |
| 3/10/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $2,200,000.00 |
| | | | $5,501,108.99 |
| | | | $6,606,108.99 |

**SCHEDULE A**

SLK_TOL: 1676189v1

8/31/2009 11:20 AM

Fact Chronology

Filter: Linked To Entity Name: "Jason & Hollie Beckman" (14 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| Tue 09/23/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| Tue 10/14/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $70,000.00 |
| Thu 10/30/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| Mon 11/03/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $101,867.48 |
| Tue 11/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $119,241.51 |
| Mon 12/01/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| Thu 12/11/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| Thu 12/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| Thu 12/18/2008 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $20,000.00 |
| Fri 01/16/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $30,000.00 |
| Tue 02/03/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $50,000.00 |
| Wed 02/11/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $2,200,000.00 |
| Fri 03/06/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $500,000.00 |
| Tue 03/10/2009 | Associated Bank NA/Crown Forex LLC | Jason & Hollie Beckman | $2,200,000.00 |

Fact Chronology

Filter: Linked To Entity Name: "Hollie Beckman" (5 of 257)

8/31/2009 11:20 AM

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| Tue 04/10/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $200,000.00 |
| Tue 09/18/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| Fri 11/30/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| Wed 12/19/2007 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $20,000.00 |
| Thu 01/31/2008 | Wells Fargo/UBS Diversified Growth | Hollie Beckman | $25,000.00 |

Fact Chronology

Filter: Linked To Entity Name: "Jason Beckman" (3 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| Wed 07/16/2008 | Associated Bank NA/Crown Forex LLC | Bear Stearns Ref: Jason Beckman | $500,000.00 |
| Mon 09/15/2008 | Associated Bank NA/Crown Forex LLC | Jason Beckman | $150,000.00 |
| Tue 09/15/2009 | Associated Bank NA/Crown Forex LLC | Jason Beckman | $170,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 4/24/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $292,000.00 |
| 4/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $712,400.00 |
| 4/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $712,249.00 |
| 6/5/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $250,000.00 |
| 7/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $1,187,590.90 |
| 10/16/2008 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $30,000.00 |
| 1/27/2009 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $205,000.00 |
| 4/15/2009 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $39,000.00 |
| | | | $3,428,239.90 |

**SCHEDULE B**

SLK_TOL: 1676189v1

8/31/2009 11:29 AM

Fact Chronology

Filter: Linked To Entity Name: "Trevor Cook" (8 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Tue 04/24/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $292,000.00 |
| Wed 04/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $712,400.00 |
| Wed 04/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $712,249.00 |
| Tue 06/05/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $250,000.00 |
| Wed 07/25/2007 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $1,187,590.90 |
| Thu 10/16/2008 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $30,000.00 |
| Tue 01/27/2009 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $205,000.00 |
| Wed 04/15/2009 | Wells Fargo/UBS Diversified Growth | Trevor Cook | $39,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-------------|-----------|
| 2/15/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $1,000,000.00 |
| 3/1/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $700,000.00 |
| 3/2/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $500,000.00 |
| 3/5/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $250,000.00 |
| 3/7/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $750,000.00 |
| 4/27/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $509,100.00 |
| 12/15/2008 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $2,100,000.00 |
|  |  |  | $5,809,100.00 |

**SCHEDULE C**

Fact Chronology

Filter: Linked To Entity Name: "Market Shot, LLC" (7 of 257)

8/31/2009 11:40 AM

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Thu 02/15/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $1,000,000.00 |
| Thu 03/01/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $700,000.00 |
| Fri 03/02/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $500,000.00 |
| Mon 03/05/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $250,000.00 |
| Wed 03/07/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $750,000.00 |
| Fri 04/27/2007 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $509,100.00 |
| Mon 12/15/2008 | Wells Fargo/UBS Diversified Growth | Market Shot, LLC | $2,100,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| 3/28/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $40,000.00 |
| 4/17/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $50,000.00 |
| 5/10/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $80,000.00 |
| 6/20/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $330,000.00 |
| 7/30/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $350,000.00 |
| 8/14/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $350,000.00 |
| 8/15/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $50,000.00 |
| 8/29/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $400,000.00 |
| 9/17/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $1,000,000.00 |
| 11/6/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $250,000.00 |
| 11/7/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |
| 11/9/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $40,000.00 |
| 1/29/2008 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |
| 2/21/2008 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |
| | | | $4,440,000.00 |

**SCHEDULE D**

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "Christopher Pettengill" (14 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Wed 03/28/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $40,000.00 |
| Tue 04/17/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $50,000.00 |
| Thu 05/10/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $80,000.00 |
| Wed 06/20/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $330,000.00 |
| Mon 07/30/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $350,000.00 |
| Tue 08/14/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $350,000.00 |
| Wed 08/15/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $50,000.00 |
| Wed 08/29/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $400,000.00 |
| Mon 09/17/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $1,000,000.00 |
| Tue 11/06/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $250,000.00 |
| Wed 11/07/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |
| Fri 11/09/2007 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $40,000.00 |
| Tue 01/29/2008 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |
| Thu 02/21/2008 | Wells Fargo/UBS Diversified Growth | Christopher Pettengill | $500,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 10/16/2007 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $100,000.00 |
| 1/17/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $170,000.00 |
| 3/5/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $1,200,000.00 |
| 3/10/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $450,000.00 |
| 5/16/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $2,000,000.00 |
| 6/13/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $500,000.00 |
| | | | $4,420,000.00 |
| 9/29/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $14,165.27 |
| 9/29/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $4,305.55 |
| 10/3/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $40,000.00 |
| | | | $58,470.82 |

**SCHEDULE E**

SLK_TOL: 167618941

Fact Chronology

Filter: Linked To Entity Name: "Oxford Global Advisors" (9 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-----------------|-----------|
| Tue 10/16/2007 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $100,000.00 |
| Thu 01/17/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $170,000.00 |
| Wed 03/05/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $1,200,000.00 |
| Mon 03/10/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $450,000.00 |
| Fri 05/16/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $2,000,000.00 |
| Fri 06/13/2008 | Wells Fargo/UBS Diversified Growth | Oxford Global Advisors | $500,000.00 |
| Mon 09/29/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $14,165.27 |
| Mon 09/29/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $4,305.55 |
| Fri 10/03/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Advisors | $40,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 12/1/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 12/11/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $150,000.00 |
| 1/5/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 1/27/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $75,000.00 |
| 3/2/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 3/19/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $60,000.00 |
| 4/2/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $75,000.00 |
| 4/24/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 5/8/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 5/21/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| 6/8/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| | | | $710,000.00 |

**SCHEDULE F**

Fact Chronology

Filter: Linked To Entity Name: "Oxford Global Partners" (11 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| Mon 12/01/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Thu 12/11/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $150,000.00 |
| Mon 01/05/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Tue 01/27/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $75,000.00 |
| Mon 03/02/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Thu 03/19/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $60,000.00 |
| Thu 04/02/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $75,000.00 |
| Fri 04/24/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Fri 05/08/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Thu 05/21/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |
| Mon 06/08/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global Partners | $50,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 12/13/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $100,000.00 |
| 12/14/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $350,000.00 |
| 12/21/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $1,000,000.00 |
| | | | $1,450,000.00 |
| 7/23/2008 | Associated Bank NA/Crown Forex LLC | Oxford FX Growth | $2,001,000.00 |
| | | | $3,451,000.00 |

## SCHEDULE G

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "Oxford FX Growth" (4 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Thu 12/13/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $100,000.00 |
| Fri 12/14/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $350,000.00 |
| Fri 12/21/2007 | Wells Fargo/UBS Diversified Growth | Oxford FX Growth | $1,000,000.00 |
| Wed 07/23/2008 | Associated Bank NA/Crown Forex LLC | Oxford FX Growth | $2,001,000.00 |

8/31/2009 1:27 PM

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-------------|-----------|
| 7/18/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Investments | $400,000.00 |
| 7/18/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Investments | $100,000.00 |
| | | | $500,000.00 |

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "Oxford Global Investments" (2 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Fri 07/18/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Investments | $400,000.00 |
| Fri 07/18/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global Investments | $100,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 12/4/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global FX | $97,000.00 |
| 6/12/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global FX | $1,700,000.00 |
| | | | $1,797,000.00 |
| 4/23/2009 | Wells Fargo/UBS Diversified Growth | Oxford Global FX | $50,000.00 |
| 4/30/2009 | Wells Fargo/UBS Diversified Growth | Oxford Global FX | $1,300,000.00 |
| | | | $1,350,000.00 |

Fact Chronology

Filter: Linked To Entity Name: "Oxford Global FX" (4 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Thu 12/04/2008 | Associated Bank NA/Crown Forex LLC | Oxford Global FX | $97,000.00 |
| Thu 04/23/2009 | Wells Fargo/UBS Diversified Growth | Oxford Global FX | $50,000.00 |
| Thu 04/30/2009 | Wells Fargo/UBS Diversified Growth | Oxford Global FX | $1,300,000.00 |
| Fri 06/12/2009 | Associated Bank NA/Crown Forex LLC | Oxford Global FX | $1,700,000.00 |

8/31/2009 2:41 PM

LooP
Page 2 of 2

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-----------|-----------|
| 10/10/2008 | Associated Bank NA/Crown Forex LLC | Oxford/Oxford (?) | $50,000.00 |

8/31/2009 1:37 PM

Fact Chronology

Filter: Entity Name Containing Text "Oxford/Oxford (?)" (1 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-------------|-----------|
| Fri 10/10/2008 | Associated Bank NA/Crown Forex LLC | Oxford/Oxford (?) | $50,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 3/5/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,999,435.00 |
| 11/14/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,250,000.00 |
| 11/19/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,200,000.00 |
| 11/24/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,750,000.00 |
| 12/1/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,100,000.00 |
| 12/3/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,000,000.00 |
| 6/30/2009 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $500,000.00 |
| | | | $8,799,435.00 |

## SCHEDULE H

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "Associated Bank NA/Crown Forex LLC" (7 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| Wed 03/05/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,999,435.00 |
| Fri 11/14/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,250,000.00 |
| Wed 11/19/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,200,000.00 |
| Mon 11/24/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,750,000.00 |
| Mon 12/01/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,100,000.00 |
| Wed 12/03/2008 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $1,000,000.00 |
| Tue 06/30/2009 | Wells Fargo/UBS Diversified Growth | Associated Bank NA/Crown Forex LLC | $500,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 7/2/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $500,000.00 |
| 7/10/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified to Wells Fargo | $2,000,000.00 |
| 7/28/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,500,000.00 |
| 8/7/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| 9/11/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| 11/14/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,250,000.00 |
| 11/19/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,200,000.00 |
| 11/24/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,750,000.00 |
| 12/1/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,100,000.00 |
| 12/3/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| 12/8/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,150,000.00 |
| 12/9/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,000,000.00 |
| 1/8/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $100,000.00 |
| 2/25/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,000,000.00 |
| 3/19/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $750,000.00 |
| 3/31/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $700,000.00 |
| 5/19/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $500,000.00 |
| 5/21/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| 6/8/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| 6/12/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,112,000.00 |
| | | | $23,612,000.00 |
| 7/23/2008 | Associated Bank NA/Universal Brokerage FX Mgmt. LLC | UBS Diversified | $450,000.00 |
| | | | $24,062,000.00 |

**SCHEDULE I**

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "UBS Diversified" (23 of 257)

8/31/2009 1:44 PM

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| To Be Determined | Associated Bank NA/Crown Forex LLC | UBS Diversified - There are many, many UBS client accounts which have a client name after the entity name. I did not enter them all in this spreadsheet. I did, however, enter activity involving UBS Diversified when it did not involve a particular client. | $0.00 |
| Wed 07/02/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $500,000.00 |
| Thu 07/10/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified to Wells Fargo | $2,000,000.00 |
| Wed 07/23/2008 | Associated Bank NA/Universal Brokerage FX Mgmt. LLC | UBS Diversified | $450,000.00 |
| Mon 07/28/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,500,000.00 |
| Thu 08/07/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| Thu 09/11/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| Thu 10/02/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $0.00 |
| Fri 11/14/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,250,000.00 |
| Wed 11/19/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,200,000.00 |
| Mon 11/24/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,750,000.00 |
| Mon 12/01/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,100,000.00 |
| Wed 12/03/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| Mon 12/08/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,150,000.00 |
| Tue 12/09/2008 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,000,000.00 |
| Thu 01/08/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $100,000.00 |
| Wed 02/25/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $2,000,000.00 |
| Thu 03/19/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $750,000.00 |
| Tue 03/31/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $700,000.00 |

Fact Chronology

Filter: Linked To Entity Name: "UBS Diversified" (23 of 257)

8/31/2009 1:44 PM

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-----|-----------|
| Tue 05/19/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $500,000.00 |
| Thu 05/21/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| Mon 06/08/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,000,000.00 |
| Fri 06/12/2009 | Associated Bank NA/Crown Forex LLC | UBS Diversified | $1,112,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|------|--------------------|-----------|-----------|
| 4/17/2007 | Wells Fargo/UBS Diversified Growth | UBS Diversified FX Grow | $250,000.00 |
| 6/5/2007 | Wells Fargo/UBS Diversified Growth | UBS Diversified FX Grow | $750,000.00 |
| | | | $1,000,000.00 |

## SCHEDULE J

SLK_TOL: 1676189v1

Fact Chronology

Filter: Linked To Entity Name: "UBS Diversified FX Grow" (2 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Tue 04/17/2007 | Wells Fargo/UBS Diversified Growth | UBS Diversified FX Grow | $250,000.00 |
| Tue 06/05/2007 | Wells Fargo/UBS Diversified Growth | UBS Diversified FX Grow | $750,000.00 |

| Date | Account Information | Entity Name | Debit Amt |
|---|---|---|---|
| 6/29/2009 | Associated Bank NA/Crown Forex LLC | Checking/MMA WD | $3,223,600.00 |

**SCHEDULE K**

SLK_TOL: 1676189v1

8/31/2009 1:53 PM

Fact Chronology
Filter: Date = 06/29/2009 (1 of 257)

| Date | Account Information | Entity Name | Debit Amt |
|------|---------------------|-------------|-----------|
| Mon 06/29/2009 | Associated Bank NA/Crown Forex LLC | Checking/MMA W/D | $3,223,600.00 |