**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Case No: 09-CV-1732 (MJD/JJK)

Howard and Sharon Phillips, et al.,

      Plaintiff(s)

v.

Trevor Cook, et al.,

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

      Defendant(s)

---

**WHEREAS**, Plaintiffs filed a Third Amended Verified Complaint against Defendants, on or about November 5, 2009;

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant Christopher Pettengill, through their undersigned counsel, that the time within which Defendant Christopher Pettengill shall answer or otherwise respond to the Third Amended Verified Complaint shall be extended to December 7, 2009.

Dated: November 24, 2009          **MESSERLI & KRAMER, P.A.**

s/ Molly R. Hamilton
**John Harper III**
**Molly R. Hamilton**
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
Phone: (612) 672-3600
jharper@MesserliKramer.com
mhamilton@MesserliKramer.com

*Attorneys for Plaintiffs*


Dated: November 24, 2009          **WIESE LAW FIRM, PA**

_____
**Pace Klein** (316489)
Pace@Wieselaw.com
3525 Plymouth Boulevard (Suite 209)
Plymouth, MN  55447
T: 763-210-8313
F: 763-210-8304

*Counsel for Defendant Christopher Pettengill*