IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Trevor Cook, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 09-CV-1732 (MJD/JJK)<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

**WHEREAS**, Plaintiffs filed a Third Amended Verified Complaint against Defendants, on or about November 5, 2009;

**WHEREAS**, the Court entered an Order Granting Extension of Time to Answer or Otherwise Respond [Doc. 234], which granted Defendants The Oxford Private Client Group, LLC ("PCG"), Jason Bo Alan Beckman ("Beckman", and Oxford Global Advisors, LLC ("OGA"), an extension of time to answer or otherwise respond to Plaintiffs' Third Amended Verified Complaint to December 1, 2009, pursuant to a stipulation entered into between Plaintiffs and Defendants PCG, Beckman, and OGA;

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants PCG, Beckman, and OGA, through their undersigned counsel, that the time within which Defendants PCG, Beckman, and OGA shall answer or otherwise respond to the Third Amended Verified Complaint shall be extended to December 15, 2009.

Dated:  November 24, 2009                **MESSERLI & KRAMER, P.A.**


s/ Molly R. Hamilton
John Harper III
Molly R. Hamilton
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN  55402
jharper@MesserliKramer.com
mhamilton@MesserliKramer.com
Telephone: (612) 672-3600

Attorneys for Plaintiffs

Dated:  November 24, 2009                **GREENE ESPEL P.L.L.P.**


s/ Kathryn N. Hibbard
Lawrence M. Shapiro, P.A., Reg. No. 130886
Andrew M. Luger, Reg. No. 189261
Kathryn N. Hibbard, Reg. No. 387155
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
lshapiro@greeneespel.com
aluger@greeneespel.com
khibbard@greeneespel.com
Telephone: (612) 373-0830

Attorneys for Defendants
The Oxford Private Client Group, LLC, and
Jason Bo Alan Beckman

Dated: November 24, 2009    **KELLY & BERENS, P.A.**

                                            s/ Stephanie A. Albert
Barbara P. Berens, Reg. No. 209788
Stephanie A. Albert, Reg. No. 0388784
3720 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
bberens@kellyandberens.com
salbert@kellyandberens.com
Telephone: (612) 349-6171

Attorneys for Defendant
Oxford Global Advisors, LLC