UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Phillips, et al.,

            Plaintiffs,           ORDER

v.                                    Civil No. 09-cv-1732   MJD/JJK

Cook, et al.

            Defendants.

-----------------------------------------------
U.S. Securities and Exchange Commission,

            Plaintiff,

v.                                    Civil No. 09-sm-98 RHK/JJK

Cook et al.

            Defendants.

-----------------------------------------------
U.S. Commodity Futures Trading Commission,

            Plaintiff,

v.                                    Civil No. 09-sm-99 RHK/JJK

Cook et al.

            Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASE**

Case No. 09-cv-1732 having been assigned to Chief Judge Michael J. Davis and Case No. 09-sm-98 amd 09-sm-99  having been later assigned to Judge Richard H. Kyle said matters being related cases;

IT IS HEREBY ORDERED that Case No. 09-sm-98 and 09-sm-99 be assigned to Chief Judge Michael J. Davis and Magistrate Judge Keyes, nunc pro tunc, by use of a card on the Miscellaneous List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated December 1, 2008.

Dated: November 23, 2009        s/Michael J. Davis
                                CHIEF JUDGE MICHAEL J. DAVIS
                                UNITED STATES DISTRICT COURT

Dated: November 23, 2009        s/Richard H. Kyle
                                JUDGE RICHARD H. KYLE
                                UNITED STATES DISTRICT COURT