UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Phillips, et al..

          Plaintiffs,                    ORDER

v.

                                    Civil No.: 09-1732 (MJD/JJK)

Trevor Cook, et al.

          Defendants.

---

      Plaintiff in this case filed a Voluntary Dismissal [Doc. #248] with the Court on December 9, 2009 to voluntarily dismiss defendants Associated Bank, N.A. and Entrust Midwest, LLC. Defendants have not yet answered the third amended complaint.

      IT IS HEREBY ORDERED THAT:

      1.    Plaintiff's motion for dismissal is **GRANTED**, without prejudice for this defendant.

Dated: December 10, 2009                    s/Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  Chief Judge
                                                 United States District Court