IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Howard and Sharon Phillips, et al., | Case No. 09-CV-1732 (MJD/JJK) |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF ANDREW M. LUGER IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL WITHOUT SUBSTITUTION** |
| Trevor Cook, et al., | |
| Defendants. | |

STATE OF MINNESOTA   )
                     ) ss
COUNTY OF HENNEPIN   )

Andrew M. Luger, being duly sworn upon oath, deposes and states as follows:

1. I am an attorney with the law firm of Greene Espel P.L.L.P. Greene Espel represents Defendants Oxford Private Client Group, LLC ("PCG") and Jason Bo Alan Beckman in the above-captioned matter. I submit this Affidavit in support of our Motion for Withdrawal of Counsel Without Substitution.

2. Mr. Beckman, on behalf of himself and on behalf of his company, PCG, terminated his attorney/client relationship with Greene Espel on or about December 28, 2009.

3. Despite repeated requests, Mr. Beckman has not advised Greene Espel whether he has retained substitute counsel to represent him or PCG in this matter.

2

4. For these reasons, Greene Espel seeks leave to withdraw as counsel of record for Mr. Beckman and PCG in the above captioned lawsuit.

FURTHER YOUR AFFIANT SAYETH NOT.

s/ Andrew M. Luger<br>Andrew M. Luger

Subscribed and sworn to before me
this 15th day of January, 2010.


s/Jennifer M. Onsgard
Notary Public

2