UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Howard Phillips, et al.,

        Plaintiffs,

v.                                      **ORDER**
                                      **09-cv-1732 (MJD/FLN)**

Trevor Cook, et al.,

        Defendants.

.

      Parties filed a Voluntary Dismissal [Doc. #277] with the Court on January 19, 2016.

      IT IS HEREBY ORDERED THAT:

      1.    The Dismissal is **GRANTED** with prejudice, and without costs to any party. This case is hereby dismissed.

Dated: January 21, 2016.                  s/Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Court